```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )        4:06CR3093
      v.                       )
                               )
NOE JAMES DOMINGUEZ,           )
                               )           ORDER
            Defendant.         )
                               )
```

IT IS ORDERED:

Defendant's motion for time, filing 16, is granted and the deadline for filing pretrial motions is extended to August 25, 2006.

DATED this 7th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge