IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3093 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NOE JAMES DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the parties,

IT IS ORDERED that Defendant Dominguez's sentencing has been rescheduled before the undersigned United States district judge to Wednesday, January 24, 2007, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

January 4, 2007.         BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge